UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-20078-CIV-WILLIAMS

BACARDI U.S.A. INC.,

     Plaintiff,

vs.

FIRST STATE DISTRIBUTING GROUP, LLC,
et al.,

     Defendants.

_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal without prejudice.  (DE 17).  Upon review of the notice and the record, this action is **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs and attorneys' fees.  All pending motions are **DENIED AS MOOT**.  The case is **REMOVED** from the trial calendar.  All deadlines and hearings are **CANCELED**.  The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this /6 day of February, 2016.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE